**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**JACOB P. COWIE,**

    **Plaintiff,**

v.                                         **Case No. 8:11-cv-1720-T-TBM**

**OFFICER JOSEPH J. REESE, individually and
as a member of the Tampa Police Department;
OFFICER GREGORY J. PRYOR, individually and
as a member of the Tampa Police Department;
OFFICER JAYSON G. URIARTE, individually and
as a member of the Tampa Police Department; and
OFFICER JOHN R. GUSTAFSON, individually
and as a member of the Tampa Police Department,**

    **Defendants.**
_____/

## O R D E R

The Court has been advised by counsel that a settlement is pending in the above-styled action.  Accordingly, it is **ORDERED** that this cause is hereby **DISMISSED** pursuant to Local Rule 3.08, subject to the right of any party to reopen the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment.  The Clerk is directed to terminate all pending motions and administratively close the file.

**Done and Ordered** in Tampa, Florida, this 4th day of December 2013.

                                                            THOMAS B. McCOUN III
                                                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record